# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| KAREN JEAN CHANDLER | CIVIL ACTION NO. 1:18-0225 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| UNITED STATES COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE JOSEPH PEREZ-MONTES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the final decision of the Commissioner is AFFIRMED, and Karen Jean Chandler's appeal is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 30th day of September, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE